UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

December 05, 2023

Samuel Weiss
Rights Behind Bars
416 Florida Avenue NW, Unit 26152
Washington, DC 20001

**RE:** 23-3134, Gilmore v. Neph, et al
Dist/Ag docket: 5:22-CV-03316-JWL

Dear Counsel:

The paper copy of appellant's appendix is deficient (paper copies of the brief are ok).

The paper copy is not an exact replica of the electronic filing. Specifically, the paper copy is missing the Table of Contents page. *See* the Court's CM/ECF User Manual at Section III(E) and 10th Cir. R. 31.5.

You must file a single corrected paper copy of the appendix within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/art